**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MADELINE HAMMER,

                      Plaintiff,                  22 **CIVIL** 4448 (ALC)

-v-                                  <u>**JUDGMENT**</u>

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 15, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           December 16, 2022

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                       **BY:**      *[signature]*

                                                               **Deputy Clerk**